THE STATE OF KANSAS v. RENA CALLAWAERT.
**No. 13,968.**   ( 77 Pac. 1135.)

THE STATE OF KANSAS v. DOMINIC CALSO.
**No. 13,969.**   ( 77 Pac. 1135.)

THE STATE OF KANSAS v. JOHN QUINN.
**No. 13,971.**   ( 77 Pac. 1135.)

Appeals from Cherokee district court; W. B. GLASSE, judge.   Opinion filed July 7, 1904.   Affirmed.

*C. C. Coleman*, attorney-general, and *C. D. Ashley*, for The State.

*C. A. McNeill*, and *Jes. F. Wolfe*, for appellants.

*Per Curiam:* These cases involve no questions other than those already passed upon in *The State v. Crilly*, ante, page 802, 77 Pac. 701, and are, therefore, affirmed upon that authority.